UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO U. RODRIGUEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>WARDEN, CALIFORNIA CITY CORRECTIONAL INSTITUTION, et al.,<br><br>            Defendant(s). | 1:14-cv-00463 DLB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff, a federal prisoner proceeding pro se, filed this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff filed this action in the Central District of California on February 10, 2014. The Court severed and transferred certain claims to this Court on March 27, 2014. Although Plaintiff's application to proceed in forma pauperis was granted in the Central District, the application covered the claims that remained in the Central District. Plaintiff has not paid the $400.00 filing fee <u>for the severed claims</u>, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

1

the $400.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __April 1, 2014__                    /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE